IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANGELO SCOTT, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:23cv709-MHT |
| ) | (WO) |
| OFFICER ELLINGTON, an ) | |
| individual, in his ) | |
| individual capacity, ) | |
| ) | |
|     Defendant. ) | |

### ORDER

Upon consideration of the parties' motion to amend the judgment, and in light of the court's prior grant of leave to do so, *see* Judgment (Doc. 32), it is ORDERED that the motion (Doc. 33) is granted. The court will separately enter an amended judgment.

DONE, this the 14th day of February, 2025.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE