IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANGELO SCOTT,                    )
                                 )
    Plaintiff,                   )
                                 )        CIVIL ACTION NO.
    v.                           )          2:23cv709-MHT
                                 )              (WO)
OFFICER ELLINGTON, an            )
individual, in his               )
individual capacity,             )
                                 )
    Defendant.                   )
```

## AMENDED JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 33), it is the ORDER, JUDGMENT, and DECREE of the court that all claims are dismissed with prejudice, and with the parties to bear their own costs.

The court retains jurisdiction of this case to enforce the terms of the parties' settlement agreement, should that become necessary.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 14th day of February, 2025.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**